DANIEL H. HANDMAN (SBN 236345)
DEREK K. ISHIKAWA (SBN 270275)
HIRSCHFELD KRAEMER LLP
233 Wilshire Boulevard
Suite 600
Santa Monica, CA  90401
Telephone:  (310) 255-0705
Facsimile:  (310) 255-0986

Attorneys for Defendants
AXYZ INTERNATIONAL, INC. and
AXYZ OHIO VALLEY REGION, INC.

HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SANTA MONICA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| A. ABRISO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AXYZ OHIO VALLEY REGION, INC., an Ohio corporation, AXYZ INTERNATIONAL, INC., an Ontario, Canada Business corporation, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.<br><br>State Court Case No.:<br>30-2018-01028421-CU-WT-NJC<br><br>**NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. §§1332, 1441 (A)(B), 1446**<br><br>**[Filed Concurrently with Notice of Interested Parties; Declaration of Luke Hansen-Macdonald; Declaration of Derek K. Ishikawa In Support Thereof]** |

**TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants AXYZ OHIO VALLEY REGION, INC. and AXYZ INTERNATIONAL, INC. (hereinafter collectively "Defendants") hereby remove the above-titled action (the "Action") filed by Plaintiff Alexis. Abriso ("Plaintiff") in the Superior Court of the State of California for the County of Orange (the "State Court") to the United States District Court for the Central District of California.

4835-9762-8289

HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SANTA MONICA

## I.   JURISDICTION AND VENUE

Defendants assert that this is a civil action over which this Court has original subject matter jurisdiction under 28 U.S.C. § 1332, and removal is proper under 28 U.S.C. § 1441 in that it is a civil action between citizens of different states and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

This Court is in the judicial district and division embracing the place where the state court case was brought and is pending. Thus, this Court is the proper district court to which this case should be removed. 28 U.S.C. §§ 1441(a) and 1446(a).

## II.   PROCEDURAL BACKGROUND

On October 26, 2018, Plaintiff filed a Complaint in the State Court entitled *A. Abriso v. AXYZ Ohio Valley Region, Inc, AXYZ International, Inc., and Does 1 through 50, inclusive*, Case No. 30-2018-01028421-CU-WT-NJC (hereinafter the "Complaint").

The Complaint purports to state causes of action against Defendants for various state law causes of action related to Abriso's employment with Defendants and the termination of her employment therefrom.

On October 31, 2018, Plaintiff served Defendants' agent for service a copy of the summons and Complaint.  (Declaration of Derek K. Ishikawa, ¶ 2, Exhibit A.)  **Exhibit A** constitutes all documents served on Defendant in the State Court Action.

Pursuant to 28 U.S.C. § 1446(b), this removal is timely because Defendant filed this removal within 30 days of Defendant's first receipt of service of a copy of the Summons and Complaint in the State Court Action.

Defendant filed and served its Answer in the State Court Action on November 29, 2018.  Ishikawa Decl., ¶ 3, **Exhibit B.**

2

A Notice to the State Court of Removal is concurrently being filed with the State Court and is served on Plaintiff, as required under 28 U.S.C. section 1446(d).

As required by 28 U.S.C. § 1446(d), Defendant is providing written notice of the filing of this Notice of Removal to Plaintiff.  In addition, pursuant to Local Rule 7.1-1, a Notice of Interested Parties is being filed concurrently with this Notice of Removal.

**III.    THERE IS COMPLETE DIVERSITY OF CITIZENSHIP**

Plaintiff shares complete diversity from Defendants, the only identifiable defendants in this case.  As a result, removal is proper.

For diversity jurisdiction purposes, "a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business." 28 U.S.C. § 1332(c)(1).  AXYZ OHIO VALLEY REGION, INC. ("AXYZ Ohio") is a corporation organized under the laws of the State of Ohio.  (Declaration of Luke Hansen-MacDonald, ¶ 5).

AXYZ Ohio. is also a citizen of the state in which it maintains its "principal place of business."  The U.S. Supreme Court recently adopted the "nerve center" test to determine a corporate entity's principal place of business, which "normally will be the place where the corporation maintains its headquarters—provided that the headquarters is the actual center of direction, control, and coordination, *i.e.* , the "nerve center," and not simply an office where the corporation holds its board meetings." *Hertz v. Friend*, 130 S. Ct. 1181, 1192 (2010).

Here, AXYZ Ohio maintains its headquarters in Cincinnati, OH at 2844 East Kemper Road, Cincinnati, OH, 45241.  *Id.* at ¶ 6.  The large majority of AXYZ Ohio's officers reside and work in the Canadian provinces of Ontario and Alberta, as well as the Tallmadge, OH and Cincinnati, OH areas and, when decisions are made about the business of AXYZ Ohio, they are made by those officers (in regions which are outside of California).  *Id.*  These are the locations where AXYZ Ohio senior management are located and the locations from which the affairs of the

HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SANTA MONICA

company are directed. *Id.* Accordingly, AXYZ Ohio's "principal place of business" is in Ohio.

Similarly, AXYZ INTERNATIONAL, INC. ("AXYZ Int'l") is a corporation organized under the laws of the province of Ontario, Canada. (Declaration of Luke Hansen-MacDonald, ¶ 2).

AXYZ Int'l is also a citizen of the state in which it maintains its "principal place of business." Here, AXYZ Int'l maintains its headquarters in Ontario, Canada at 5330 South Service Road, Burlington, ON L7L 5L5, Canada. The large majority of AXYZ Int'l's officers reside and work in the Ontario, Canada area and, when decisions are made about the business of AXYZ Int'l, they are made by those officers in Ontario, Canada. That is the location where AXYZ Int'l senior management is located and the location from which the affairs of the company are directed. Accordingly, AXYZ Int'l's "principal place of business" is in Ontario, Canada.

As a result, Defendants are citizen of Ohio and Ontario, Canada, respectively, not California.

According to her Complaint, Plaintiff is a citizen of the State of California. (Cplt. ¶1). She therefore is completely diverse from Defendants, neither of which are citizens of California.

## IV.    AMOUNT IN CONTROVERSY EXCEEDS $75,000

Under 28 U.S.C. § 1332(a), federal district courts have diversity jurisdiction over civil actions where the amount in controversy exceeds $75,000, exclusive of costs and interest. In the Statement of Damages filed with his Complaint, Plaintiff seeks in excess of $1,500,000 for general damages. (Ishikawa Decl. ¶ 4, **Exhibit C**). Accordingly, the jurisdictional "amount in controversy" requirement has been met for purposes of the diversity statute.

## V.    REMOVAL IS TIMELY

Removal of a complaint from state court to federal court must be effected

within 30 days from the first date from which it can be ascertained that federal subject matter jurisdiction exists.  *See, e.g.,* 28 U.S.C. 1446(b).  That statute provides in relevant part:

> The notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based …

> If the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper **from which it may first be ascertained that the case is one which is or has become removable** ...

28 U.S.C. 1446(b) (emphasis added).

In this case, the Complaint was served on October 31, 2018.  Thus, removal is timely pursuant to 28 U.S.C. section 1446(b).

Dated:  November 29, 2018                    HIRSCHFELD KRAEMER LLP

By:*/s/Derek K. Ishikawa*
　　　　　Daniel H. Handman
　　　　　Derek K. Ishikawa

Attorneys for Defendants
AXYZ INTERNATIONAL, INC. and
AXYZ OHIO VALLEY REGION,
INC.

HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SANTA MONICA

5

HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SANTA MONICA

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, the undersigned, am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 233 Wilshire Boulevard, Suite 600, Santa Monica, California 90401. On **November 29, 2018**, I served the following document(s) by the method indicated below:

### NOTICE OF REMOVAL TO FEDERAL COURT
### UNDER 28 U.S.C. §§1332, 1441 (a)(b), 1446

☒ by placing the document(s) listed above in a sealed envelope(s) with postage thereon fully prepaid, in the **United States mail** at Santa Monica, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited in the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing **messenger delivery** of the envelope(s) to the person(s) at the address(es) set forth below. I am readily familiar with the business practice of my place of employment with respect to the collection and processing of correspondence, pleadings and notices for hand delivery. On November 29, 2018, I caused to be served via messenger the above-listed documents.

☐ by **personally delivering** the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an **express mail service** for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

**Janeen Carlberg, Esq.**
**Law Offices of Janeen Carlberg**
**1912 N. Broadway. Suite 106**
**Santa Ana, CA 92706**
**Telephone: (714) 665-1900**
**Facsimile: (714) 665-1920**
**Email info@lawfirmoc.com**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on **November 29, 2018**, at Santa Monica, California.

*/s/Patricia Dragotta*

Patricia Dragotta

4835-9762-8289