**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| A. ABRISO, an individual,<br><br>    Plaintiff,<br>v.<br><br>AXYZ OHIO VALLEY REGION, INC., an Ohio corporation, AXYZ INTERNATIONAL, INC., an Ontario, Canada business corporation, and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No. 8:18 cv 02121 MWF (DFMx)<br><br>Hon. Michael W. Fitzgerald<br>Courtroom 5A<br><br>**ORDER RE DISMISSAL WITH PREJUDICE** |

**ORDER OF DISMISSAL:**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), **IT IS ORDERED** THAT THIS ACTION BE, AND HEREBY IS, **DISMISSED WITH PREJUDICE** as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

DATE: 5-8-2020

MICHAEL W. FITZGERALD DISTRICT JUDGE
CENTRAL DISTRICT OF CALIFORNIA